In the Matter of the Claim of PETER COMESKI, Respondent, against HALCOMB STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ABRAHAM ACKERMAN, Respondent, against NEW EAST 97TH ST. GARAGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ETHEL WILLIAMS, Respondent, against 52–54 WEST 49TH STREET CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MOLLIE WOLFE, Respondent, against POSTAL TELEGRAPH-CABLE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of GERTRUDE FUCHS, Respondent, against ADIRONDACK POWER AND LIGHT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MARY PRATT, Appellant, against DARLING PRODUCTS, INCORPORATED, Respondent, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of PHILIP M. LASHER, Respondent, against THE MARTIN CANTINE Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the authority of *Bellanca* v. *Spencer Lens Co.* (214 App. Div. 824). Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of CLARENCE OAKES, Respondent, against L. W. CHARLEBOIS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified, in accordance with stipulation filed in this court, by making the award payable to the widow, and as so modified unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ROBERT GREINER, Respondent, against HENRY SALZLER, Respondent, and ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of LEON G. CRARY, an Attorney.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.